UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASMIN SHIPMAN, individually
and as a representative of the class,

    Plaintiff,

v.                                                                Case No. 3:22-cv-365-BJD-LLL

APPFOLIO, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. 27; Stipulation) filed on January 13, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of January, 2023.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record